**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7866**

CHARLES DAVIS BOWMAN,

                                  Plaintiff - Appellant,

          versus

W. T. BAGGERLY, Pittsylvania County Sheriff's
Department; T. L. NICHOLSON, Pittsylvania
County Sheriff's Department,

                                  Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-03-718-2)

Submitted: March 25, 2004          Decided: March 31, 2004

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Davis Bowman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Davis Bowman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Bowman v. Baggerly, No. CA-03-718-2 (E.D. Va. Nov. 5, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED